Randolph Gaw
Gaw Poe LLP
Embarcadero 4, Suite 1400
San Francisco, California  94111
Telephone:	415.734.3308
Facsimile:	415.737.0642
rgaw@gawpoe.com

Attorneys for Plaintiff
PRODUCTS AND VENTURES INTERNATIONAL

Mark C. Goodman (Bar No. 154692)
HOGAN LOVELLS US LLP
3 Embarcadero Center, 15th Floor
San Francisco, California  94111
Telephone:	415.374.2300
Facsimile:	415.374.2499
mark.goodman@hoganlovells.com

Attorneys *Specially Appearing* for Defendants
AXUS STATIONARY (HONG KONG) LTD.,
ANDRE VIEGAS, HIGHTON LTD., ROBERTA
TRADING CORPORATION and KENPARK LTD

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PRODUCTS AND VENTURES INTERNATIONAL,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>AXUS STATIONARY (SHANGHAI) LTD., AXUS STATIONARY (HONG KONG) LTD., SHANGHAI MARCO STATIONARY CO. LTD., SHANGHAI LAIKESHENG PEN MATERIAL CO. LTD. d/b/a/ SHANGHAI LEXON, PEIFENG XU, ANDRE VIEGAS, HIGHTON LTD., ROBERTA TRADING CORPORATION, and KENPARK LTD.<br><br>　　　　　　Defendants. | Case No.: 3:16-CV-669<br><br>**STIPULATION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT**<br><br>**[SPECIAL APPEARANCE]** |

HOGAN LOVELLS US LLP
ATTORNEYS AT LAW
SAN FRANCISCO

STIPULATION FOR EXTENSION OF TIME TO
RESPOND TO COMPLAINT –
CASE NO. 3:16-CV-669

Defendants Axus Stationary (Hong Kong) Ltd., Andre Viegas, Highton Ltd., Roberta Trading Corporation and Kenpark Ltd. (collectively, "the Defendants") hereby specially appear in the above-captioned case for the limited purpose of filing this Stipulation for Extension of Time to Respond to Complaint. The Defendants' special and limited appearance is not intended, and shall not be construed, as a waiver of any of the Defendants' rights to challenge the jurisdiction of this Court or the sufficiency of service in this matter.

The Defendants and plaintiff Products and Ventures International have met and conferred and state the following:

Whereas, the Defendants have requested an extension of time for the Defendants to respond to the complaint in the above-captioned action and the plaintiff is willing to accommodate that request;

Therefore, pursuant to Civil Local Rule 6-1(a), the plaintiff and the Defendants, by and through their respective counsel, hereby stipulate and agree that the Defendants shall have an extension of time up to and including April 18, 2016 in which to respond to the complaint in this action.

**IT IS SO STIPULATED**.

Dated: March 21, 2016

GAW POE LLP

By: */s/ Randolph Gaw*
Randolph Gaw
Attorneys for Plaintiff
PRODUCTS AND VENTURES INTERNATIONAL

Dated: March 21, 2016

HOGAN LOVELLS US LLP

Dated: 3/22/16

By: */s/ Mark C. Goodman*
Mark C. Goodman
Attorneys *Specially Appearing* for Defendants
AXUS STATIONARY (HONG KONG) LTD., ANDRE VIEGAS, HIGHTON LTD., ROBERTA TRADING CORPORATION and KENPARK LTD

[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED — Judge Joseph C. Spero]