UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **PRODUCTS AND VENTURES INTERNATIONAL**, <br><br> Plaintiff, <br><br> v. <br><br> **AXUS STATIONARY (SHANGHAI) LTD., ET AL.**, <br><br> Defendants. | Case No. 16-cv-00669-YGR <br><br> **ORDER VACATING HEARING ON ORDER TO SHOW CAUSE; VACATING COMPLIANCE HEARING; CONTINUING HEARING ON MOTION TO DISMISS AND MOTION TO STRIKE** <br><br> Re: Dkt. No. 106, 128, 132, 134, 135 |

Having reviewed and considered the written response to the Order to Show Cause (Dkt. No. 134), the Court is satisfied with defendants' submission, and, accordingly, **VACATES** the hearing currently set on the Order to Show Cause (Dkt. No. 132) for December 9, 2016. No further action will be taken with respect to that Order, and defendants' motion to strike (Dkt. No. 128) will be allowed to proceed.

The Court further **VACATES** the compliance hearing set for December 9, 2016 in light of the parties' response to the Court's request filed at Docket Number 135.

The Court further **CONTINUES** both the hearing on defendants' motion to dismiss (Dkt. No. 106) currently set for December 13, 2016 and defendants' motion to strike (Dkt. No. 128) currently set for December 27, 2016 to **Tuesday, January 10, 2017** at **2:00 p.m.** in the Federal Building, 1301 Clay Street, Oakland, California, Courtroom 1.

**IT IS SO ORDERED.**

Dated: December 6, 2016

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**