# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **PRODUCTS AND VENTURES INTERNATIONAL,**<br><br>  Plaintiff**,**<br><br>  vs.<br><br>**AXUS STATIONARY (SHANGHAI) LTD., ET AL.,**<br><br>  Defendants**.** | CASE NO. 16-cv-00669-YGR<br><br>**ORDER VACATING MARCH 21, 2017 HEARING ON MOTION FOR SUBSTITUTED SERVICE** |

The Court **VACATES** the hearing on plaintiff's motion for substituted service on foreign defendants (Dkt. No. 155), currently set for March 21, 2017. The motion appears to be one appropriate for decision without oral argument. *See* Civil L.R. 7-1(b) and Fed. R. Civ. P. 78; *see also Lake at Las Vegas Investors Grp., Inc. v. Pacific Malibu Dev. Corp.*, 933 F.2d 724, 729 (9th Cir. 1991).

Absent further notice setting a hearing, the Court will issue a written decision on the papers.

**IT IS SO ORDERED.**

Dated: March 15, 2017

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**