Case 4:16-cv-00669-YGR    Document 177    Filed 03/17/17    Page 1 of 1

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **PRODUCTS AND VENTURES INTERNATIONAL,**<br><br>    Plaintiff,<br><br>vs.<br><br>**AXUS STATIONARY (SHANGHAI) LTD., ET AL.,**<br><br>    Defendants. | CASE NO. 16-cv-00669-YGR<br><br>**ORDER DENYING MOTION TO DISMISS AS MOOT; VACATING DATES**<br><br>Re: Dkt. Nos. 162, 163 |

On February 22, 2017, plaintiffs filed a motion to dismiss defendants' counterclaim to the amended complaint. (Dkt. No. 163.)

On March 15, 2017, defendants filed an amended counterclaim. (Dkt. No. 175.) In light of the filing of the amended counterclaim, the motion to dismiss is **DENIED** as moot. The hearing set for April 11, 2017 is hereby **VACATED**.[1]

This Order terminates Docket Number 163.

**IT IS SO ORDERED.**

Dated: March 17, 2017

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**

---

[1] Plaintiffs also filed a motion to strike certain affirmative defenses in defendants' answer to the amended complaint, which is also currently set for hearing on April 11, 2017. (Dkt. No. 162.) The motion appears to be one appropriate for decision without oral argument. *See* Civil L.R. 7-1(b) and Fed. R. Civ. P. 78. Accordingly, the Court also **VACATES** the hearing on plaintiff's motion to strike set for April 21, 2017.