# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

## CIVIL MINUTES

| **Date:** 4/10/17 | **Time:** 2:44pm-3:12pm | **Judge:** YVONNE GONZALEZ ROGERS |
|---|---|---|
| **Case No.:** 16-cv-00669-YGR | **Case Name:** Products and Ventures International v. Axus Stationary (Shanghai) Ltd. | |

**Attorney for Plaintiff:** Randolph Gaw
**Attorney for Defendant:** Mark Goodman and Michelle Alborzfar for Defendants Roberta Trading Corp. and Andre Viegas

| **Deputy Clerk:** Frances Stone | **Court Reporter:** Sarah Goekler |
|---|---|

## PROCEEDINGS

CMC- HELD

Discussion re Motion to Substituted Service, Dkt no. 155; Motion to Strike, Dkt. no. 162 and Motion to Dismiss, Dkt. no. 179.