# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **PRODUCTS AND VENTURES INTERNATIONAL,**<br><br>  Plaintiff,<br><br>  vs.<br><br>**AXUS STATIONARY (SHANGHAI) LTD., ET AL.,**<br><br>  Defendants. | CASE NO. 16-cv-00669-YGR<br><br>**ORDER VACATING HEARINGS ON JUNE 20, 2017 AND JUNE 27, 2017**<br><br>Re: Dkt. Nos. 179, 195 |

The Court **VACATES** the hearings on plaintiff's motion to dismiss defendants' amended counterclaim (Dkt. No. 179), currently set for June 27, 2017, and plaintiff's motion for leave to file a second amended complaint (Dkt. No. 195), currently set for June 20, 2017. The motions appear to be appropriate for decision without oral argument. *See* Civil Local Rule 7-1(b) and Federal Rule of Civil Procedure 78. *See also Lake at Las Vegas Investors Group, Inc. v. Pacific Malibu Dev. Corp.*, 933 F.2d 724, 729 (9th Cir. 1991).

Absent further notice setting a hearing, the Court will issue a written decision on the papers.

**IT IS SO ORDERED.**

Dated: June 9, 2017

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**