RANDOLPH GAW (S.B. #223718)
rgaw@gawpoe.com
MARK POE (S.B. #223714)
mpoe@gawpoe.com
SAMUEL SONG (S.B. #245007)
ssong@gawpoe.com
GAW | POE LLP
4 Embarcadero, Suite 1400
San Francisco, CA 94111
Telephone: (415) 766-7451
Facsimile: (415) 737-0642

Attorneys for Plaintiff and Counterclaim Defendant
Products and Ventures International and
Counterclaim Defendant Carlos Fairbanks

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### OAKLAND DIVISION

| | |
|---|---|
| PRODUCTS AND VENTURES INTERNATIONAL, <br><br> Plaintiff, <br><br> v. <br><br> AXUS STATIONERY (SHANGHAI) LTD., et al., <br><br> Defendants. <br><br> ROBERTA TRADING CORPORATION, <br><br> Counterclaimant, <br><br> v. <br><br> PRODUCTS AND VENTURES INTERNATIONAL and CARLOS FAIRBANKS, <br><br> Counterclaim Defendants. | Case No. 4:16-CV-00669-YGR <br><br> **[PROPOSED] JUDGMENT** <br><br> Judge: Hon. Yvonne Gonzalez Rogers <br> Courtroom: 1, Fourth Floor |

1           Plaintiff Products and Ventures International ("PVI") brought claim for relief for (1)
2    breach of contract, (2) breach of the implied covenant of good faith and fair dealing, (3)
3    intentional interference with contract, (4) intentional interference with prospective economic
4    advantage, (5) trade secret misappropriation, (6) fraudulent transfer, and (7) civil conspiracy
5    against defendants Axus Stationery (Shanghai) Ltd., Shanghai Marco Stationery Co. Ltd.,
6    Shanghai Laikesheng Pen Material Co. Ltd., Peifeng Xu, Andre Viegas, Roberta Trading
7    Corporation, and Kenpark Ltd. (collectively, "Defendants").  Roberta Trading Corporation also
8    brought counterclaims against PVI and Carlos Fairbanks for (1) breach of contract, (2) breach of
9    the implied covenant of good faith and fair dealing, and (3) intentional interference with contract.
10          The Court NOW ENTERS JUDGMENT AS FOLLOWS:
11          1.      Judgment is entered in favor of PVI and Mr. Fairbanks against Defendants.
12          2.      All claims and counterclaims in this action are hereby dismissed with prejudice.
13   All claims arising out of or relating to the claims and counterclaims in this action are hereby
14   released.
15          3.      Defendants are jointly and severally liable for paying $4.4 million to PVI.
16          4.      Each party shall bear their own costs, attorney's fees, and other expenses related to
17   this litigation.
18          5.      The Court retains jurisdiction over the parties to enforce the terms of this
19   judgment.
20
21          **IT IS SO ORDERED.**
22
23   Dated: _____, 2018
24                                                  _____
                                                    YVONNE GONZALEZ ROGERS
25                                                  United States District Judge
26
27
28