1  RANDOLPH GAW (S.B. #223718)
    rgaw@gawpoe.com
2  MARK POE (S.B. #223714)
    mpoe@gawpoe.com
3  SAMUEL SONG (S.B. #245007)
    ssong@gawpoe.com
4  GAW | POE LLP
   4 Embarcadero, Suite 1400
5  San Francisco, CA 94111
   Telephone: (415) 766-7451
6  Facsimile: (415) 737-0642

7  Attorneys for Plaintiff and Counterclaim Defendant
   Products and Ventures International and
8  Counterclaim Defendant Carlos Fairbanks

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| PRODUCTS AND VENTURES INTERNATIONAL,<br><br>Plaintiff,<br><br>v.<br><br>AXUS STATIONERY (SHANGHAI) LTD., et al.,<br><br>Defendants. | Case No. 4:16-CV-00669-YGR<br><br>[PROPOSED] **JUDGMENT AND DISMISSAL OF CLAIMS**<br><br>`*as modified by the Court*`<br><br>Judge: Hon. Yvonne Gonzalez Rogers<br>Courtroom: 1, Fourth Floor |
| ROBERTA TRADING CORPORATION,<br><br>Counterclaimant,<br><br>v.<br><br>PRODUCTS AND VENTURES INTERNATIONAL and CARLOS FAIRBANKS,<br><br>Counterclaim Defendants. | |

Plaintiff Products and Ventures International ("PVI") brought claims for relief for (1) breach of contract, (2) breach of the implied covenant of good faith and fair dealing, (3) intentional interference with contract, (4) intentional interference with prospective economic advantage, (5) trade secret misappropriation, (6) fraudulent transfer, and (7) civil conspiracy against defendants Axus Stationery (Shanghai) Ltd., Shanghai Marco Stationery Co. Ltd., Shanghai Laikesheng Pen Material Co. Ltd., Peifeng Xu, Andre Viegas, Roberta Trading Corporation, and Kenpark Ltd. (collectively, "Defendants"). Counterclaimant Roberta Trading Corporation brought counterclaims against Counterclaim Defendants PVI and Carlos Fairbanks for (1) breach of contract, (2) breach of the implied covenant of good faith and fair dealing, and (3) intentional interference with contract.

On July 25, 2018, the Court issued its Order Granting Motion to Enter Judgment Pursuant to Settlement (ECF No. 261). That order is hereby incorporated by reference as if set forth fully herein.

The Court **NOW ENTERS JUDGMENT AS FOLLOWS**:

1. Defendants will pay PVI $4.4 million (USD) immediately. Defendants are jointly and severally liable for paying this amount.
2. All claims and counterclaims in this action are hereby dismissed with prejudice.
3. All claims arising out of or relating to the facts giving rise to the claims and counterclaims in this action are hereby released.
4. Each party shall bear their own costs, attorney's fees, and other expenses.
5. The Court retains jurisdiction over the parties to enforce the terms of this judgment.
6. The parties are referred to Magistrate Judge Laurel Beeler for assistance in enforcing the judgment.

Dated: August 7, 2018

_____
YVONNE GONZALEZ ROGERS
United States District Judge