United States District Court
Northern District of California

1
2
3

# UNITED STATES DISTRICT COURT

4

# NORTHERN DISTRICT OF CALIFORNIA

5
6

**PRODUCTS AND VENTURES**
**INTERNATIONAL,**

CASE NO. 16-cv-00669-YGR

7
8

Plaintiff**,**

**ORDER GRANTING MOTION TO**
**WITHDRAW AS COUNSEL OF RECORD FOR**
**DEFENDANTS**

vs.

9
10

**AXUS STATIONARY (SHANGHAI) LTD., ET**
**AL.,**

Re: Dkt. No. 282

11

Defendants**.**

12
13            The Court is in receipt of Winston & Strawn LLP's ("Winston") motion to withdraw as

14    counsel of record for defendants, Axus Stationery (Shanghai) Co. Ltd., Shanghai Marco Stationery

15    Co. Ltd., Shanghai Laikesheng Pen Material Co. Ltd. d/b/a Shanghai Lexon, Kenpark Ltd., Andre

16    Viegas, and Peifeng Xu and defendant/counterclaimant Roberta Trading Corporation (collectively,

17    "defendants"). (Dkt. No. 282).

18            On January 2, 2019, the Court afforded defendants the opportunity to object to Winston's

19    motion by no later than January 15, 2019. (Dkt. No. 285.) Defendants filed a "Confidential

20    Statement" on January 15, 2019 in response to the Court's order. (Dkt. No. 288-3.)[1]

21            Having carefully reviewed the motion and papers submitted, and for good cause appearing,

22    the Court **GRANTS** Winston's motion to withdraw as counsel of record for defendants. Further,

23    given that judgment in this matter has been issued, the Court finds that corporate representation is

24    not legally required.

25

26            [1] Together with their Confidential Statement, defendants filed an administrative motion to
27    file the statement under seal. (Dkt. No. 288.) The Court finds that disclosure of the Confidential
      Statement would be against the public interest because the need to protect privileged attorney-
28    client communications outweighs the public's need for disclosure. Accordingly, and for good
      cause shown, defendants' sealing motion is **GRANTED**.

This Order terminates Docket Numbers 282 and 288.

**IT IS SO ORDERED.**

Dated: January 22, 2019

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**